522 A.2d 47

Howard William POLING

v.

Ted HALLER, Individually and as Personal Representative of the Estate of Becky G. Neal, Heather Michelle Neal and Marion Haller, and State Workmen's Insurance Fund, a/k/a State Worker's Insurance Fund.

Appeal of Ted HALLER, Individually and as Personal Representative of the Estate of Becky G. Neal, Heather Michelle Neal and Marion Haller.

Supreme Court of Pennsylvania.

Argued March 13, 1987.

Decided March 23, 1987.

Joseph M. Gula, Peterson & Gula, Greenville, for appellant.

John R. Gavin, Oil City, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA, and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.